# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHADWICK OSBOURNE STEWART,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:18-cr-00491-WMR-CCB-5 |

## ORDER

On October 22, 2021, Defendant Chadwick Osbourne Stewart consented to tender a plea before the Magistrate Judge and pled guilty to Counts 1 and 5 of the superseding indictment. [Doc. 278.] The Magistrate Judge "caution[ed] and examin[ed] the Defendant on the record and under oath concerning each of the subjects mentioned in Federal Rule of Criminal Procedure 11" and "determined that (1) the Defendant has knowingly, voluntarily, and intelligently waived his constitutional rights, (2) his guilty plea was knowing and voluntary, and (3) the offenses charged in the indictment to which he is pleading guilty are supported by an independent basis in fact establishing each of the essential elements of such offenses." [Doc. 279 at 1.] The Magistrate Judge issued a report and recommendation (the "R&R"), which recommended that this Court accept Mr.

Stewart's guilty plea and adjudge him guilty. [*Id.* at 2.] Mr. Stewart did not object to the R&R.

The Court has reviewed Mr. Stewart's plea, the plea agreement, the R&R, and all other pertinent matters of record and agrees that Mr. Stewart's guilty plea should be accepted and that he should be adjudged guilty. Accordingly, the R&R [Doc. 279] is **ADOPTED**. Mr. Stewart's guilty plea [*see* Doc. 278] is **ACCEPTED** and Mr. Stewart is **ADJUDGED** guilty.

**IT IS SO ORDERED**, this 15th day of November, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE